**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELISSA RONQUILLO-GRIFFIN, Individually And On Behalf of All Others Similarly Situated,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MRS BPO, LLC, a New Jersey Limited Liability Company,**<br><br>    Defendant. | Case No.: 3:16-cv-01540-JLS-KSC<br><br>**NOTICE OF SETTLEMENT**<br><br>**Judge**: Hon. Janis L. Sammartino |

Plaintiff KELISSA RONQUILLO-GRIFFIN ("Plaintiff") submits this Notice of Settlement to inform the Court that this action has settled, on an individual basis, and to request that pending deadlines be vacated and that the Court set a deadline of February 28, 2017 for Plaintiff to file the necessary dismissal papers.

Dated: January 13, 2017         **KAZEROUNI LAW GROUP, APC**

                                BY: /s/ ABBAS KAZEROUNIAN
                                    ABBAS KAZEROUNIAN, ESQ.
                                    Attorneys for Plaintiff