UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELISSA RONQUILLO-GRIFFIN, Individually and On Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>MRS BPO, LLC, a New Jersey limited liability company,<br><br>                                        Defendant. | Case No.: 16-CV-1540 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 23) |

Presently before the Court is the parties' Joint Motion to Dismiss. (ECF No. 23.) The parties jointly move for dismissal of the above-captioned action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. (*Id.*) Additionally, the parties are to bear their own fees and costs. (*Id.*)

Good cause appearing, the Court **GRANTS** the parties' Joint Motion. Accordingly, this case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims and **WITHOUT PREJUDICE** as to the claims of the putative class members. This Order ends

/ / /

/ / /

/ / /

the litigation in this matter. The Clerk of Court **SHALL** close the file.

**IT IS SO ORDERED.**

Dated:  February 3, 2017

Hon. Janis L. Sammartino
United States District Judge